IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00929-LTB

JOSE RODRIGUEZ,

    Applicant,

v.

DENVER FIELD OFFICE, ICE

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 1, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 1st day of May, 2014.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/K Lyons
                            Deputy Clerk